**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| TONEY OIL COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-42 |
| | ) | |
| PEKIN INSURANCE COMPANY and | ) | |
| SCOTTSDALE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446 and Local Rules 81-1 and 81-2, Defendant Scottsdale Insurance Company ("Scottsdale") respectfully submits this Notice of Removal and states to the Court as follows:

1. Plaintiff Toney Oil Company, LLC ("Toney Oil") commenced this matter in the Circuit Court of Crawford County, State of Indiana, captioned as *Toney Oil Company, LLC v. Pekin Insurance Company, et al.*, Cause No. 13C01-2502-PL-000001 (the "State Court Action"), by filing a Complaint for Declaratory Judgment and Damages (the "Complaint") on February 6, 2025. Counsel for Toney Oil forwarded a copy of the Complaint, by email, to representatives of Scottsdale and Defendant Pekin Insurance Company ("Pekin") on February 7, 2025. Scottsdale received service of the Summons and Complaint on February 20, 2025.

2. A copy of the State Court Record is attached as Exhibit "A." As required by Local Rule 81-2(a), undersigned counsel hereby verifies (with the signature in the signature block at the end of this document) that the attached State Court Record is complete as of the date of removal. Also as required by Local Rule 81-2(d), attached as Exhibit "B" is another copy of the operative Complaint in the State Court Record.

1

3. This matter is a civil action that properly may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1441(b). Scottsdale has filed this Notice of Removal within thirty days after receipt of the Complaint pursuant to 28 U.S.C. § 1446(b).

## I. JURISDICTION UNDER 28 U.S.C. § 1332(a)

4. The Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a).

5. There is complete diversity of citizenship among the parties to this action. *See* 28 U.S.C. §§ 1332(a)(1) and 1332(c)(1). As alleged in the Complaint: Toney Oil is a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business in Marengo, Indiana, and its members, Eric Toney and Errol Toney, are domiciled in and citizens of the State of Indiana (Complaint ¶¶ 1, 7); Scottsdale is an insurance company organized and exiting under the laws of the State of Ohio, with its principal place of business in Scottsdale, Arizona (Complaint ¶ 3); and Pekin is an insurance company organized and existing under the laws of the State of Illinois, with its principal place of business in Pekin, Illinois. (Complaint ¶ 2.)

6. Scottsdale properly may remove this matter pursuant to 28 U.S.C. § 1441(b).

7. The amount at issue in this case exceeds the sum and value of $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a). As alleged in the Complaint: Toney Oil claims to have incurred $50,000 and estimates $100,000 in likely future expenses in connection with an alleged release of fuel from underground storage tanks at property on East Goodman Ridge Road, Marengo, Indiana. (Complaint ¶ 46.)

8. Pursuant to Local Rule 81-1(a), Scottsdale hereby states:

    a. The amount in controversy, exclusive of interest and costs, at issue satisfies the jurisdictional amount requirement of $75,000;

b. Plaintiff is a citizen of Indiana;

c. Defendant Scottsdale is a citizen of Ohio and Arizona; and

d. Defendant Pekin is a citizen of Illinois.

## II.    ADDITIONAL REMOVAL REQUIREMENTS

9.    This Court sits in the district embracing the place where the State Court Action is pending, in accordance with 28 U.S.C. § 1441(a) and 1446(a).

10.    Counsel for Scottsdale has communicated with counsel for Pekin, Marc J. Lloyd of Fisher Maas Howard Lloyd & Wheeler PC, concerning this Notice of Removal.  Mr. Lloyd has advised that Pekin consents to the removal of the action to this Court and Mr. Lloyd has signed the Consent to Removal attached as Exhibit "C" on behalf of Pekin. *See* 28 U.S.C. § 1446(b)(2)(A).

11.    Scottsdale is serving this Notice of Removal on Toney Oil's counsel, in accordance with 28 U.S.C. § 1446(d).

12.    Scottsdale is contemporaneously filing a Notice of Removal of Action to Federal Court Directed to the State Court Clerk with the Circuit Court of Crawford County, State of Indiana, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Scottsdale Insurance Company respectfully removes this action bearing Cause No. 13C01-2502-PL-000001 from the Crawford County Circuit Court, Indiana, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

3

DATED:  <u>March 10, 2025</u>                    Respectfully submitted,


<u>Jeffrey B. Fecht</u>
Jeffrey B. Fecht
Atty. No. 20875-29
RILEY BENNETT EGLOFF LLP
500 North Meridian Street, Suite 550
Indianapolis, IN  46204
Phone: 317-636-8000
Fax: 317-636-8027
E-mail: jfecht@rbelaw.com

        - and -

David C. Linder
Atty. No. 0252748
LARSON • KING, LLP
30 East 7th Street, Suite 2800
St. Paul, MN  55101
Phone: 651-312-6500
Fax: 651-312-6618
E-mail: dlinder@larsonking.com

*Attorneys for Defendant*
*Scottsdale Insurance Company*

5

## CERTIFICATE OF SERVICE

I certify that on March 10, 2025 I electronically filed the foregoing *Notice of Removal* using the Court's CM/ECF System.

I also certify that a true and exact copy of the foregoing document has been served on March 10, 2025, via e-mail and First Class United States Mail, postage prepaid, upon:

Andrea K. Townsend
Christopher E. Kozak
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202
atownsend@psrb.com
ckozak@psrb.com

Marc J. Lloyd
FISHER MAAS HOWARD LLOYD & WHEELER PC
9765 Randall Drive, Suite F
Carmel, IN 46280
mlloyd@fishermaas.com

Jeffrey B. Fecht
Jeffrey B. Fecht

5