**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TONEY OIL COMPANY, LLC, | No. 4:25-CV-42-TWP-KMB |
| Plaintiff, | |
| v. | |
| PEKIN INSURANCE COMPANY; SCOTTSDALE INSURANCE COMPANY, | |
| Defendants. | |

**NOTICE OF NON-RESPONSE TO MOTION TO DISMISS**

Plaintiffs Toney Oil Company, LLC and Eric M. Toney filed a *Verified Motion to Dismiss Scottsdale Insurance Company* under Rule 41(a)(2) on July 23, 2025. The motion was necessary due to Defendant Pekin Insurance Company's statement that it objected to a draft Rule 41(a)(1) stipulation to dismiss Defendant Scottsdale Insurance Company.

By rule, Pekin's response to the motion was due on August 6, 2025. L.R. 7-1(c)(3). Pekin did not file a response or a motion for an extension. On August 7, 2025, the undersigned spoke to counsel for Pekin about the motion and was advised Pekin would file something on August 7 or August 8. Pekin did not do so.

Under L.R. 7-1(c)(5), the Court "may summarily rule on a motion if an opposing party does not file a response within the deadline." Plaintiffs request that the Court do so by entering an order substantially in the form as the one attached to this Notice.

Page **1** of **2**

Respectfully submitted,


/s/ *Christopher E. Kozak*
Attorneys for Plaintiff
Toney Oil Company, LLC


Andrea K. Townsend, Atty. No. 31381-49
Christopher E. Kozak, Atty. No. 35554-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana 46202
Tel: (317) 637-0700
Fax: (317) 637-0710
atownsend@psrb.com
ckozak@psrb.com

Page **2** of **2**