**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| TONEY OIL COMPANY, LLC; ERIC M. TONEY, | No. 4:25-CV-42-TWP-KMB |
| Plaintiffs, | |
| v. | **Acknowledged** |
| | TWP |
| PEKIN INSURANCE COMPANY, | January 13, 2026 |
| Defendant. | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their respective undersigned counsel, stipulate to the dismissal of this action with prejudice and with each party to bear their own costs.

Respectfully submitted,

/s/ *Marc J. Lloyd                          /*
Marc J. Lloyd
FISHER MAAS HOWARD LLOYD
 & WHEELER, PC
9766 Randall Drive – Suite F
Carmel, IN  46280
*Attorney for Pekin Insurance Co.*
mlloyd@fishermaas.com

/s/ *Christopher E. Kozak          /*
Andrea K. Townsend
Christopher E. Kozak
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana 46202
*Attorneys for Plaintiffs*
*Toney Oil Company, LLC*
*Eric M. Toney*
atownsend@psrb.com
ckozak@psrb.com